1  **JOHN R. DUREE, JR. INC.**
   **A Professional Corporation**
2  State Bar No. 65684
   428 J Street, Suite 352
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4  Fax: (916) 447-2988
   Email: *jduree@pacbell.net*
5

6  Attorney for Defendant
   **ARMANDO ESPINDOLA**
7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11 **UNITED STATES OF AMERICA**,    )   **CASE NO. 2:09-cr-00380 WBS**
                                     )
12             Plaintiff             )
                                     )   **STIPULATION AND [PROPOSED]**
13     vs.                           )   **ORDER CONTINUING**
                                     )   **STATUS CONFERENCE**
14                                   )
   **URIEL OCHOA-ESPINDOLA**, et al., )
15                                   )
               Defendants.           )
16 _____   )

17

18         The United States, through its undersigned counsel, and the defendants, through their
19 undersigned counsel, hereby agree and stipulate that the status conference, which is currently
20 scheduled for November 7, 2011 at 08:30 AM in Courtroom 5 should be vacated and continued
21 to December 12, 2011, at 8:30 a.m.
22         All counsel agree that time should be excluded under the Speedy Trial Act from the date
23 this stipulation is lodged through December 12, 2011.
24         The parties stipulate and agree that the continuance requested herein is necessary to
25 provide defense counsel reasonable time to prepare their respective clients' defenses and taking
26 into account due diligence, the parties agree that the interests of justice in granting this
27 reasonable request for a continuance outweigh the best interests of the public and defendants for
28 a speedy trial in this case, pursuant to Title 18 USC § 3161(H)(7)(B)(iv) and Local Code T4.

-1-

| | | |
|---|---|---|
| 1 | Dated: November 3, 2011 | /s/ Michael Beckwith |
| 2 | | MICHAEL BECKWITH<br>Assistant U.S. Attorney |
| 3 | Dated: November 3, 2011 | /s/ John R. Duree, Jr. |
| 4 | | JOHN R. DUREE, JR.<br>Attorney for Armando Espindola |
| 5 | Dated: November 3, 2011 | /s/ Jeffrey Rosenblum |
| 6 | | JEFFREY ROSENBLUM<br>Attorney for Jose Sergio Espindola |
| 7 | Dated: November 3, 2011 | /s/ Preciliano Martinez |
| 8 | | PRECILIANO MARTINEZ<br>Attorney for Uriel Ochoa-Espindola |
| 9 | Dated: November 3, 2011 | /s/ Robert L. Forkner |
| 10 | | ROBERT L. FORKNER<br>Attorney for Valentin Ramirez-Cardinez |

## **ORDER**

IT IS HEREBY ORDERED that status conference currently scheduled for November 7, 2011 at 8:30 a.m. be VACATED, and the matter continued until December 12, 2011 at 8:30 a.m. Time is excluded under the Speedy Trial Act from November 7, 2011 through December 12, 2011 pursuant to Local Code T4.

Dated: November 3, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE