1 **JEFFREY ROSENBLUM**
**Attorney at Law**
2 State Bar Number 131206
428 J Street, Suite 350
3 Sacramento, California 95814
Telephone: (916) 442-1814
4 Fax: (916) 447-2988
Email: *mjrcorp@pacbell.net*
5

6 Attorney for Defendant
**JOSE SERGIO ESPINDOLA**
7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 **UNITED STATES OF AMERICA**,           ) **CASE NO. 2:09-cr-00380 WBS**
                                          )
12            Plaintiff                   )
                                          ) **STIPULATION AND [PROPOSED]**
13       vs.                              ) **ORDER CONTINUING**
                                          ) **STATUS CONFERENCE**
14                                        )
   **URIEL OCHOA-ESPINDOLA**,             )
15                                        )
              Defendant.                  )
16 _____        )

17

18     The United States, through its undersigned counsel, and the defendants, through their
19 undersigned counsel, hereby agree and stipulate that the status conference, which is currently
20 scheduled for March 5, 2012 at **09:30 AM** in Courtroom 5 should be vacated and continued to
21 April 9, 2012 at **9:30 a.m.** for defendants Jose Sergio Espindola and Uriel Ochoa-Espindola; and
22 March 12, 2012 at **9:30 a.m.** for defendant Valentin Ramirez-Cardinez for a change of plea.
23     All counsel agree that time should be excluded under the Speedy Trial Act from the date
24 this stipulation is lodged through April 9, 2012.
25     The parties stipulate and agree that the continuance requested herein is necessary to
26 provide defense counsel reasonable time to prepare their respective clients' defenses and taking
27 into account due diligence, the parties agree that the interests of justice in granting this
28 reasonable request for a continuance outweigh the best interests of the public and defendants for

-1-

a speedy trial in this case, pursuant to Title 18 USC § 3161(H)(7)(B)(iv) and Local Code T4.

Dated: March 2, 2012                      /s/ Michael Beckwith
                                                  MICHAEL BECKWITH
                                                  Assistant U.S. Attorney

Dated: March 2, 2012                      /s/ Jeffrey Rosenblum
                                                  JEFFREY ROSENBLUM
                                                  Attorney for Jose Sergio Espindola

Dated: March 2, 2012                      /s/ Preciliano Martinez
                                                  PRECILIANO MARTINEZ
                                                  Attorney for Uriel Ochoa-Espindola

Dated: March 2, 2012                      /s/ Robert L. Forkner
                                                  ROBERT L. FORKNER
                                                  Attorney for Valentin Ramirez-Cardinez

## **ORDER**

IT IS HEREBY ORDERED that status conference currently scheduled for March 5, 2012 at **9:30 a.m.** be VACATED, and the matter continued until March 12, 2012 and April 9, 2012 at **9:30 a.m.** Time is excluded under the Speedy Trial Act from March 5, 2012 through April 9, 2012 pursuant to Local Code T4.

Dated: March 2, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE