```
 1  ROBERT L. FORKNER (CSB# 166097)
    Law Offices of Robert L. Forkner
 2  722 Thirteenth Street
    Modesto, CA 95354
 3  Telephone:     (209)544-0200
 4  Fax:           (209)544-1860

 5  Attorney for Defendant,
    VALENTIN RAMIREZ-CARDINEZ
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) CR. No. 09-380-05-WBS
                                 )
12       Plaintiff,              )
                                 ) STIPULATION AND (PROPOSED)ORDER
13                               ) FOR CONTINUANCE OF SENTENCING
    v.                           )
14                               )
    VALENTIN RAMIREZ-CARDINEZ,   )
15                               )
                                 )
16       Defendants.             )
                                 )
17                               )
                                 )
18  _____ )
19
20       Defendant, VALENTIN RAMIREZ-CARDINEZ, through his attorney
21  ROBERT L. FORKNER, together with the United States of America
22  through its undersigned counsel, MICHAEL M. BECKWITH, Assistant
23  United States Attorney, hereby stipulate and request the
24  following:
25       1.   That the Court continue the sentencing in the above-
26  captioned case from June 4, 2012, to **August 6, 2012, at 9:30**
27  **a.m.**
28
```

STIPULATION AND PROPOSED ORDER

- 1 -

2. As of this date, counsel has not received a presentencing report on Mr. Ramirez-Cardenas from the U.S. Probation officer. As such, defense counsel requests the continuance in order to permit the preparation of the Pre Sentencing Report; to allow a complete review of the Report from Probation with the defendant, and to file the necessary objections before the currently scheduled date.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from June 4, 2012 through August 6, 2012, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv).

IT IS SO STIPULATED.

Dated: June 1, 2012     /s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
VALENTIN RAMIREZ-CARDINAS

Dated: June 1, 2012     BENJAMIN B. WAGNER
United States Attorney

by: /s/ Michael Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

```
ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:          (209)544-1860

Attorney for Defendant
VALENTIN RAMIREZ-CARDENAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. No. 09-380-WBS |
|---|---|
| Plaintiff, | ) ORDER TO<br>) CONTINUE SENTENCING |
| v. | ) |
| VALENTIN RAMIREZ-CARDINAS, | ) |
| Defendants. | ) |

IT IS SO ORDERED.

Dated:  June 4, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER

- 3 -

STIPULATION AND PROPOSED ORDER

- 4 -