1  **JEFFREY ROSENBLUM**
   **Attorney at Law**
2  State Bar Number 131206
   428 J Street, Suite 350
3  Sacramento, California 95814
   Telephone: (916) 442-1814
4  Fax: (916) 447-2988
   Email: *mjrcorp@pacbell.net*
5

6  Attorney for Defendant
   **JOSE SERGIO ESPINDOLA**
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | **UNITED STATES OF AMERICA**,   ) CASE NO. 2:09-cr-00380-02 WBS
                                    )
12 |         Plaintiff               )
                                    )  **STIPULATION AND [PROPOSED]**
13 |    vs.                          )  **ORDER CONTINUING**
                                    )  **SENTENCING**
14 |                                 )
   | **JOSE SERGIO ESPINDOLA**,      )
15 |                                 )
   |         Defendant.              )
16 | _____ )

17

18      The United States, through its undersigned counsel, and the defendants, through their

19 undersigned counsel, hereby agree and stipulate that the sentencing of Jose Sergio Espindola,

20 which is currently scheduled for July 9, 2012 at 09:30 AM should be vacated and continued to

21 October 15, 2012 at 9:30 a.m.

22      All counsel agree that time should be excluded under the Speedy Trial Act from the date

23 this stipulation is lodged through October 15, 2012.

24      The parties stipulate and agree that the continuance requested herein is necessary to

25 provide defense counsel reasonable time to prepare their respective clients' defenses and taking

26 into account due diligence, the parties agree that the interests of justice in granting this

27 reasonable request for a continuance outweigh the best interests of the public and defendants for

28 a speedy trial in this case, pursuant to Title 18 USC § 3161(H)(7)(B)(iv) and Local Code T4.

| | |
|---|---|
| Dated: July 3, 2012 | /s/ Michael Beckwith<br>MICHAEL BECKWITH<br>Assistant U.S. Attorney |
| Dated: July 3, 2012 | /s/ Jeffrey Rosenblum<br>JEFFREY ROSENBLUM<br>Attorney for Jose Sergio Espindola |

**ORDER**

**IT IS SO ORDERED.**

Dated: July 5, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE