JOHN R. DUREE, JR. INC.
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Fax: (916) 447-2988
Email: *jduree@pacbell.net*

Attorney for Defendant
**ARMANDO ESPINDOLA**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. 2:09-cr-00380 WBS |
| Plaintiff | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING** |
| **ARMANDO ESPINDOLA,** | |
| Defendant. | |

The United States, through its undersigned counsel, and the defendants, through their undersigned counsel, hereby agree and stipulate that the judgment and sentencing date currently scheduled for August 20, 2012 at 09:30 a.m. in Courtroom 5 should be vacated and continued to October 15, 2012, at 9:30 a.m. Defense counsel's office has contacted U.S. Probation and it has no objection to this continuance.

The parties request that the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| Judgment and Sentencing Date: | 10/15/2012 |
| Reply, or Statement of Non-Opposition: | 10/08/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/01/2012 |

-1-

| | | |
|---|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | | 09/24/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | | 09/17/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | | 09/03/2012 |

Dated: August 13, 2012  /s/ Michael Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

Dated: August 13, 2012  /s/ John R. Duree, Jr.
JOHN R. DUREE, JR.
Attorney for Armando Espindola

**ORDER**

IT IS SO ORDERED.

Dated: August 14, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE