ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:      (209)544-0200
Fax:            (209)544-1860

Attorney for Defendant,
VALENTIN RAMIREZ-CARDINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 09-380-WBS |
| Plaintiff, | STIPULATION AND (~~PROPOSED~~)ORDER FOR CONTINUANCE OF SENTENCING |
| v. | |
| VALENTIN RAMIREZ-CARDINEZ, | |
| Defendants. | |

Defendant, VALENTIN RAMIREZ-CARDINEZ, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, MICHAEL M. BECKWITH, Assistant United States Attorney, hereby stipulate and request the following:

1. That the Court continue the sentencing in the above-captioned case from September 17, 2012, to **October 9, 2012, at 9:30 a.m.**

STIPULATION AND PROPOSED ORDER

- 1 -

2. Defense counsel has six, in-custody Preliminary Hearings scheduled on September 17, 2012 in Stanislaus County Superior Court and cannot be present in the above-captioned matter in Federal Court.

3. Further, defense counsel has not reviewed the presentencing report with Mr. Ramirez-Cardenas with a certified interpreter. As such, defense counsel requests the continuance in order to allow a complete review of the Report from Probation with the defendant, and to file the potential objections before the currently scheduled date.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from September 17, 2012 through October 9, 2012, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv).

IT IS SO STIPULATED.

Dated: September 13, 2012    /s/ Robert L. Forkner
                             ROBERT L. FORKNER
                             Attorney for Defendant
                             VALENTIN RAMIREZ-CARDINAS

Dated: September 13, 2012    BENJAMIN B. WAGNER
                             United States Attorney

                             by: /s/ Michael Beckwith
                             MICHAEL BECKWITH
                             Assistant U.S. Attorney

```
ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209)544-0200
Fax:          (209)544-1860

Attorney for Defendant
VALENTIN RAMIREZ-CARDENAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VALENTIN RAMIREZ-CARDINAS,<br><br>    Defendants. | CR. No. 09-380-WBS<br><br>ORDER TO<br>CONTINUE SENTENCING |

IT IS SO ORDERED.

Dated:    September 14, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER

- 3 -