1  **JOHN R. DUREE, JR. INC.**
   **A Professional Corporation**
2  State Bar No. 65684
   428 J Street, Suite 352
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4  Fax: (916) 447-2988
   Email: *jduree@pacbell.net*
5

6  Attorney for Defendant
   **ARMANDO ESPINDOLA**
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  **UNITED STATES OF AMERICA,**      )    **CASE NO. 2:09-cr-00380-03 WBS**
                                       )
12              Plaintiff             )
                                       )    **STIPULATION AND [~~PROPOSED~~]**
13          vs.                        )    **ORDER CONTINUING**
                                       )    **JUDGMENT AND SENTENCING**
14  **ARMANDO ESPINDOLA,**             )
                                       )
15              Defendant.             )
                                       )
16  _____   )

17

18          The United States, through its undersigned counsel, and the defendant, through his

19  undersigned counsel, hereby agree and stipulate that the judgment and sentencing date currently

20  scheduled for October 15, 2012 at 09:30 a.m. in Courtroom 5 should be vacated and continued

21  to November 26, 2012, at 9:30 a.m. Defense counsel's office has contacted Lynda Moore, U.S.

22  Probation Officer, and she has no objection to this continuance.

23          The parties request that the court adopt the following schedule pertaining to the

24  presentence report:

25          Judgment and Sentencing Date:              11/26/2012

26          Reply, or Statement of Non-Opposition:     11/19/2012

27          Motion for Correction of the Presentence Report
            shall be filed with the Court and served on the
28          Probation Officer and opposing counsel no
            later than:                                11/13/2012

-1-

The Presentence Report shall be filed with the
Court and disclosed to counsel no later than:          11/05/2012

Counsel's written objections to the Presentence
Report shall be delivered to the Probation Officer
and opposing counsel no later than:          10/29/2012

The proposed Presentence Report has already been completed.


Dated: October 4, 2012                    /s/ Michael Beckwith
                                          MICHAEL BECKWITH
                                          Assistant U.S. Attorney

Dated: October 4, 2012                    /s/ John R. Duree, Jr.
                                          JOHN R. DUREE, JR.
                                          Attorney for Armando Espindola


## ORDER

IT IS SO ORDERED.

Dated:  October 5, 2012


                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE