1  **JEFFREY ROSENBLUM**
   **Attorney at Law**
2  State Bar Number 131206
   428 J Street, Suite 350
3  Sacramento, California 95814
   Telephone: (916) 442-1814
4  Fax: (916) 447-2988
   Email: *mjrcorp@pacbell.net*
5

6  Attorney for Defendant
   **JOSE SERGIO ESPINDOLA**
7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11 **UNITED STATES OF AMERICA**,      )      **CASE NO. 2:09-cr-00380-02 WBS**
                                      )
12               Plaintiff            )
                                      )      **STIPULATION AND [~~PROPOSED~~]**
13          vs.                       )      **ORDER CONTINUING**
                                      )      **JUDGMENT AND SENTENCING**
14                                    )
   **JOSE SERGIO ESPINDOLA**,         )
15                                    )
                 Defendant.           )
16 _____   )

17

18       The United States, through its undersigned counsel, and the defendant, through his

19 undersigned counsel, hereby agree and stipulate that the judgment and sentencing date currently

20 scheduled for October 15, 2012 at 09:30 a.m. in Courtroom 5 should be vacated and continued

21 to December 17, 2012 at 9:30 a.m. Defense counsel's office has contacted Lynda Moore, U.S.

22 Probation Officer, and she has no objection to this continuance.

23       The parties request that the court adopt the following schedule pertaining to the

24 presentence report:

25       Judgment and Sentencing Date:                    12/17/2012

26       Reply, or Statement of Non-Opposition:           12/10/2012

27       Motion for Correction of the Presentence Report
         shall be filed with the Court and served on the
28       Probation Officer and opposing counsel no
         later than:                                      12/03/2012

-1-

The Presentence Report shall be filed with the
Court and disclosed to counsel no later than:           11/26/2012

Counsel's written objections to the Presentence
Report shall be delivered to the Probation Officer
and opposing counsel no later than:                     11/19/2012

The proposed Presentence shall be disclosed
to counsel no later than:                               11/05/2012


Dated: October 10, 2012                    /s/ Michael Beckwith
                                          MICHAEL BECKWITH
                                          Assistant U.S. Attorney


Dated: October 10, 2012                    /s/ Jeffrey Rosenblum
                                          JEFFREY ROSENBLUM
                                          Attorney for Jose Sergio Espindola


**ORDER**

IT IS SO ORDERED.

Dated:   October 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE