1  **JEFFREY ROSENBLUM**
   **Attorney at Law**
2  State Bar Number 131206
   428 J Street, Suite 350
3  Sacramento, California 95814
   Telephone: (916) 442-1814
4  Fax: (916) 447-2988
   Email: *mjrcorp@pacbell.net*
5

6  Attorney for Defendant
   **JOSE SERGIO ESPINDOLA**
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 **UNITED STATES OF AMERICA**,       )   CASE NO. 2:09-cr-00380 WBS
                                       )
12          Plaintiff                  )
                                       )   **STIPULATION AND [PROPOSED]**
13      vs.                            )   **ORDER CONTINUING**
                                       )   **JUDGMENT AND SENTENCING**
14                                     )
   **JOSE SERGIO ESPINDOLA**,          )
15                                     )
            Defendant.                 )
16 _____     )

17

18      The United States, through its undersigned counsel, and the defendant, through his

19 undersigned counsel, hereby agree and stipulate that the judgment and sentencing date currently

20 scheduled for May 13, 2012 at 09:30 a.m. in Courtroom 5 should be vacated and continued

21 to July 29, 2013 at 9:30 a.m. Defense counsel's office has contacted Lynda Moore, U.S.

22 Probation Officer, and she has no objection to this continuance.

23      The parties request that the court adopt the following schedule pertaining to the

24 presentence report:

25      Judgment and Sentencing Date:                           7/29/2013

26      Reply, or Statement of Non-Opposition:                  7/22/2013

27      Motion for Correction of the Presentence Report
        shall be filed with the Court and served on the
28      Probation Officer and opposing counsel no
        later than:                                             7/15/2013

-1-

| | |
|---|---|
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 7/8/2013 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 7/1/2013 |
| The proposed Presentence shall be disclosed to counsel no later than: | Completed |

Dated: May 7, 2013

/s/ Michael Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

Dated: May 7, 2013

/s/ Jeffrey Rosenblum
JEFFREY ROSENBLUM
Attorney for Jose Sergio Espindola

## **ORDER**

IT IS SO ORDERED.

Dated: May 8, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE