1 | **JOHN R. DUREE, JR. INC.**
**A Professional Corporation**
2 | State Bar No. 65684
428 J Street, Suite 352
3 | Sacramento, California 95814
Telephone: (916) 441-0562
4 | Fax: (916) 447-2988
Email: *jduree@pacbell.net*
5 |
6 | Attorney for Defendant
**ARMANDO ESPINDOLA**

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 09-cr-00380 WBS** |
| Plaintiff, | |
| v. | **REQUEST FOR ORDER AND ORDER EXONERATING BOND AND RECONVEYING PROPERTIES** |
| ARMANDO ESPINDOLA, et al., | |
| Defendants. | |

On October 26, 2010, this court ordered Mr. Espindola release on a $200,000 secured bond. On November 15, 2010, Mr. Espindola filed two appearance bonds in the amounts of $20,000, and $125,000 secured with real properties located at 5621 10th Street, Keyes, CA 95328 ("Keyes property"); and 1731 West Orangeburg Ave., Modesto, CA 95350 ("Modesto property"). Two deeds of trust for the properties were subsequently filed with the Stanislaus County Recorder and this Court.

On May 13, 2013, Mr. Espindola was sentenced to 18 months of imprisonment.

Accordingly, as Mr. Espindola has been sentenced and is presently incarcerated, serving his sentence, he respectfully requests that the court exonerate the bonds posted to secure his release and that the clerk of the court be directed to reconvey the deeds of trust back to the Trustors, Lilia and Jose Espindola (Keyes property); and Mario and Martha Espindola (Modesto property).

Dated: September 24, 2013                                    Respectfully Submitted,


                                                                /s/ John R. Duree, Jr.
                                                             JOHN R. DUREE, JR.
                                                             Attorney for Defendant
                                                             ARMANDO ESPINDOLA

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that the $200,000 bond posted to secure Mr. Espindola's release be exonerated, and the clerk is directed to reconvey the deeds of trust for 5621 10th Street, Keyes, CA 95328 and 1731 West Orangeburg Ave., Modesto, CA 95350 back to the Trustors, Lilia and Jose Espindola and Mario and Martha Espindola, respectively.

Dated: September 24, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE